IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LENOLLA A. SIMMONS                                                                    PLAINTIFF

VS.                           CASE NO.  4:07CV00448 BD

MICHAEL J. ASTRUE                                                                     DEFENDANT
Commissioner of the Social
Security Administration

## JUDGMENT

Pursuant to the Memorandum Opinion and Order entered this date, it is considered, ordered and adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED, this 7th day of August, 2008.

_____
UNITED STATES MAGISTRATE JUDGE